# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Tracking of:<br><br>GPS Tracking Warrant on Cellular Telephone Number (310) 642-8946 | Case No.: 2:20-mj-00043-NJK<br><br>**SEALED ORDER** |

On January 24, 2020, the undersigned issued a tracking warrant in this matter. To date, the Government has not provided a return. Accordingly, no later than November 23, 2020, the Government is hereby **ORDERED** to provide to the chambers of the undersigned a return with the required information.

The Clerk's Office is **INSTRUCTED** to deliver a copy of this order to the United States Attorney's Office. It appears that the assigned Assistant United States Attorney is Kevin Schiff.

IT IS SO ORDERED.

Dated: November 9, 2020

_____
Nancy J. Koppe
United States Magistrate Judge